UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

VANESSA BRACEY,           :    Case No.  1:21-cv-000542
                        :
      Plaintiff,         :    Magistrate Judge Bowman
                        :
                        :
    vs.                  :
                        :
                        :
LAKERIDGE ACRES NURSING    :
& REHABILITATION CENTER, LLC,  :
                        :
      Defendant.     :

### ORDER

The Court having been advised that the above action has been settled;

It is ORDERED that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown, within **forty-five (45) days**, reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**SO ORDERED**.

_Stephanie K. Bowman_
_____
Stephanie K. Bowman
United States Magistrate Judge